No. 76–471. New York v. Consolazio. Ct. App. N. Y. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 76–959. Maggio, Warden v. Newman. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 76–871. Prestige Lincoln-Mercury, Inc., et al. v. Quality Mercury, Inc., et al. C. A. 8th Cir. Certiorari denied. Mr. Justice Blackmun took no part in the consideration or decision of this petition.

No. 76–900. Erie Lackawanna Railway Co. v. Cole. C. A. 6th Cir. Motion of National Railway Labor Conference for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 76–978. Bridgeton Hospital Assn. et al. v. Doe et al. Sup. Ct. N. J. Certiorari denied. Mr. Justice Marshall and Mr. Justice Blackmun would deny the petition, it appearing that the judgment below rests upon adequate state grounds. Mr. Justice Brennan took no part in the consideration or decision of this petition.

No. 76–1411. St. Louis Board of Education v. Caldwell et al. C. A. 8th Cir. Motion of the individual respondents for leave to proceed *in forma pauperis* granted. Certiorari denied. Mr. Justice Marshall took no part in the consideration or decision of this motion and petition.

No. 76–1564. Regan et al. v. Zurak et al. C. A. 2d Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.